**Victor Manufacturing and Gasket Co., a Corporation, Plaintiff-Appellee, v. City of Chicago, a Municipal Corporation, Defendant-Appellant.**

**Gen. No. 53,144. (Abstract of Decision.)**

First District, Second Division.

May 20, 1969.

Raymond F. Simon, Corporation Counsel of the City

of Chicago (Marvin E. Aspen and RocLyne E. LaPorte, Assistant Corporation Counsels, of counsel), for appellant; no brief filed for appellee. Opinion by MR. PRESIDING JUSTICE LYONS. Not to be published in full.